UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BILLY R. KIDWELL, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    Case: 1:11-cv-00778 (BAH) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| et al., | ) |
| | ) |
|     Defendants. | ) |

**CERTIFICATE REQUIRED BY LCVR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record Gibson Guitar Corp., certify that to the best of my knowledge and belief, Defendant Gibson Guitar Corp. is a private corporation and it does not have any parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: July 8, 2011

Respectfully submitted,

/s/  Geoffrey Greeves
Geoffrey Greeves (D.C. Bar No. 463035)
Daron Carreiro (D.C. Bar No. 983088)
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000 (phone)
(202) 663-8007 (facsimile)
geoffrey.greeves@pillsburylaw.com
daron.carreiro@pillsburylaw.com
*Counsel for Defendant Gibson Guitar Corp.*

*Of Counsel:*
Tim Harvey
RILEY WARNOCK & JACOBSON PLC
1906 West End Ave.
Nashville, TN 37203
(615) 320-3700 (phone)
(615) 320-3737 (facsimile)
THarvey@rwjplc.com
*Counsel for Defendant Gibson Guitar Corp.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of July, 2011, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of filing (NEF) to all attorneys registered to receive NEF's in this case.

And I hereby certify that I will serve the foregoing by U.S. first class mail, postage pre-paid, upon the following:

Billy R. Kidwell
5064 Silver Bell Drive
Port Charlotte, FL 33498
*Plaintiff*

Federal Bureau of Investigation
935 Pennsylvania Avenue NW
Washington, DC 20535
*Defendant*

United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
*Defendant*

State of Florida
c/o Florida Attorney General
The Capitol PL-01
Tallahassee, FL 32399
*Defendant*

Twentieth Judicial Circuit
Court of Florida
Lee County Justice Center
1700 Monroe Street
Fort Myers, FL 33901
*Defendant*

The Honorable Judge John Duryea
c/o Lee County Justice Center
1700 Monroe Street
Fort Myers, Florida 33901
*Defendant*

Shannon L. Chaudhry
Eccleston and Wolf, P.C.
1629 K Street, N.W., Suite 260
Washington, D.C. 20006
*Counsel for Defendant Brian Beason*

/s/  Geoffrey Greeves
Geoffrey Greeves (D.C. Bar No. 463035)
Daron Carreiro (D.C. Bar No. 983088)
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000 (phone)
(202) 663-8007 (facsimile)
geoffrey.greeves@pillsburylaw.com
daron.carreiro@pillsburylaw.com
*Counsel for Defendant Gibson Guitar Corp.*